```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 08440
    RANDALL D GIFFORD SR
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-5403


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/08/2007 and was confirmed 06/28/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.29%.

    The case was dismissed after confirmation 11/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
OCWEN FEDERAL BANK         CURRENT MORTG     1205.68            .00          1205.68
OCWEN FEDERAL BANK         MORTGAGE ARRE    24219.58            .00             .00
KAREN ANDERSON & ASSOCIA   NOTICE ONLY      NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   PRIORITY          7345.09            .00             .00
D PATRICK MULLARKEY        NOTICE ONLY      NOT FILED           .00             .00
DISTRICT COUNSEL           NOTICE ONLY      NOT FILED           .00             .00
US ATTORNEY GENERAL        NOTICE ONLY      NOT FILED           .00             .00
ILLINOIS DEPT OF REV       PRIORITY         NOT FILED           .00             .00
AMER REVENUE               UNSECURED        NOT FILED           .00             .00
SPRINT-NEXTEL CORP         UNSECURED          218.60            .00             .00
SPRINT                     NOTICE ONLY      NOT FILED           .00             .00
ASSET ACCEPTANCE LLC       UNSECURED        NOT FILED           .00             .00
ASSET ACCEPTANCE LLC       UNSECURED        NOT FILED           .00             .00
CAPITAL ONE AUTO FINANCE   UNSECURED        NOT FILED           .00             .00
CB USA INC                 UNSECURED        NOT FILED           .00             .00
CFC FINANCIAL/COLLECTION   UNSECURED        NOT FILED           .00             .00
CONSUMER PORTFOLIO         UNSECURED        NOT FILED           .00             .00
CREDTRS COLL               UNSECURED        NOT FILED           .00             .00
EXCEL EMERGENCY CARE       NOTICE ONLY      NOT FILED           .00             .00
CREDTRS COLL               UNSECURED        NOT FILED           .00             .00
ST JAMES RADIOLOGISTS      NOTICE ONLY      NOT FILED           .00             .00
DEPENDON COLLECTION SE     UNSECURED        NOT FILED           .00             .00
PREMIER BANKCARD           UNSECURED          283.61            .00             .00
H&F LAW                    UNSECURED        NOT FILED           .00             .00
JEWEL FOOD STORES          NOTICE ONLY      NOT FILED           .00             .00
H&F LAW                    UNSECURED        NOT FILED           .00             .00
JEWEL FOODS                NOTICE ONLY      NOT FILED           .00             .00
H&F LAW                    UNSECURED        NOT FILED           .00             .00
JEWEL FOODS                NOTICE ONLY      NOT FILED           .00             .00
H&F LAW                    UNSECURED        NOT FILED           .00             .00
JEWEL FOODS                NOTICE ONLY      NOT FILED           .00             .00
IC SYSTEMS                 UNSECURED        NOT FILED           .00             .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08440 RANDALL D GIFFORD SR
```

```
HOMEWOOD DISPOSAL SERVIC NOTICE ONLY   NOT FILED           .00          .00
ILL COLL SVC             UNSECURED     NOT FILED           .00          .00
MIDWEST EMERGENCY ASSOCI NOTICE ONLY   NOT FILED           .00          .00
ILL COLL SVC             UNSECURED     NOT FILED           .00          .00
KOMYATTASSOC             UNSECURED     NOT FILED           .00          .00
COMMUNITY HOSPITAL UNIVE NOTICE ONLY   NOT FILED           .00          .00
KOMYATTASSOC             UNSECURED     NOT FILED           .00          .00
COMMUNITY HOSPITAL       NOTICE ONLY   NOT FILED           .00          .00
MIDLAND CREDIT MANAGEMEN UNSECURED     NOT FILED           .00          .00
MUTUAL HOSPITAL SERVICES UNSECURED     NOT FILED           .00          .00
ST JAMES HOSPITAL        NOTICE ONLY   NOT FILED           .00          .00
MUTUAL HOSPITAL SERVICES UNSECURED     NOT FILED           .00          .00
ST MARGARET MERCY        UNSECURED      4523.54            .00          .00
MUTUAL HOSPITAL SERVICES UNSECURED     NOT FILED           .00          .00
ST MARGARET MERCY        NOTICE ONLY   NOT FILED           .00          .00
NICOR GAS                UNSECURED     NOT FILED           .00          .00
NICOR GAS                UNSECURED      1195.22            .00          .00
RESURGENT CAPITAL SERVIC UNSECURED     NOT FILED           .00          .00
RMI/MCSI                 UNSECURED     NOT FILED           .00          .00
LANSING HEATING AIR      NOTICE ONLY   NOT FILED           .00          .00
ROBERT J SEMRAD & ASSOCI UNSECURED     NOT FILED           .00          .00
CALUMET EMERGENCY VETERI UNSECURED       115.00            .00          .00
FISHER & SHAPIRO         NOTICE ONLY   NOT FILED           .00          .00
TIMOTHY K LIOU           DEBTOR ATTY    2,459.20                    1,152.28
TOM VAUGHN               TRUSTEE                                       174.76
DEBTOR REFUND            REFUND                                           .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 2,532.72

PRIORITY                                          .00
SECURED                                      1,205.68
UNSECURED                                         .00
ADMINISTRATIVE                               1,152.28
TRUSTEE COMPENSATION                           174.76
DEBTOR REFUND                                     .00
                     ---------------     ---------------
TOTALS                  2,532.72              2,532.72
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```